# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| S.A. HOSPITAL ACQUISITION GROUP, LLC, | ) ) | Bankruptcy Case No.: 23-11367 (BLS) Bankr. BAP No. 23-00060 |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| GOLDBERG HEALTHCARE PARTNERS LLC, et al., | ) ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | Civil Action No. 23-1147-RGA |
| | ) | |
| MORRIS ANDERSON & ASSOCIATES, LTD., et al., | ) ) | |
| | ) | |
| Appellees. | ) | |
| _____ | ) | |

**ORDER**

At Wilmington, Delaware, this **14th** day of **November, 2023**.

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties do not believe that their disputes here can be resolved through mediation and the Court agrees;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue

an order withdrawing the matter from mediation. The parties should address any request for entry of a briefing schedule to the assigned District Judge in this matter.

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE